**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RENEE S. WILLIAMS, CHAPTER 7 TRUSTEE**                                                    **PLAINTIFF**
**(Bankruptcy of Arkansas Catfish Growers, LLC,**
**Case No. 04-16658-jgm-7; Adversary Proceeding**
**Case No. 06-1283)**

vs.                                                     **4:06MC00039-WRW**

**ALICE-SIDNEY FARMS LIMITED**                                                    **DEFENDANT**
**PARTNERSHIP, a/k/a Alice-Sidney Farms**

## ORDER OF DISMISSAL

Pursuant to the settlement agreement reached between the parties and upon the oral requests of each party as evidenced by their counsel's signature, this matter is hereby DISMISSED WITH PREJUDICE, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED** this 2nd day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE